IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, | No. C -12-03458 EDL |
| Plaintiff, | **ORDER REGARDING DEFENDANT'S "NEED EXTENSION MORE TIME FOR CORRECTION"** |
| v. | |
| SUSHI ZOO CO., | |
| Defendant. | |

Plaintiff filed this action on July 2, 2012, alleging, among other things, denial of right of access by a public accommodation under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, et seq. On August 1, 2012, Plaintiff filed a consent to magistrate judge jurisdiction. When this case was filed, the Court issued a scheduling order for cases asserting denial of right of access under the ADA. The parties should be proceeding under that schedule.

On September 5, 2012, Zhen-Wei Lin, on behalf of Defendant, filed a pleading entitled "Need Extension More Time for Correction," stating that Defendant needs "more time to correct the problem." On September 27, 2012, Defendant filed a consent to magistrate judge jurisdiction.

The parties are ordered to meet and confer regarding Defendant's need for an extension of time to determine how, if at all, the extension affects the scheduling order in this case. No later than November 5, 2012, the parties shall file a joint statement to the Court regarding the status of this case.

The Court notes that Defendant should obtain counsel to represent it in this action and that it

may not appear pro se. Under this Court's Local Rules, "a corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court." Civil L.R. 3-9(b).

IT IS SO ORDERED.

Dated: October 12, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge