United States District Court
For the Northern District of California

1
2
3
4
5            UNITED STATES DISTRICT COURT
6            NORTHERN DISTRICT OF CALIFORNIA
7
8    **DAREN HEATHERLY**
9         Plaintiff(s),                          No. C-**12-03458** EDL
10        v.                                     **ORDER OF CONDITIONAL DISMISSAL**
11   **SUSHI ZOO CO.**
12        Defendants.
     _____/
13
14
          The parties hereto, by their counsel, having advised the Court that they have agreed to a
15
     settlement of this cause,
16
          IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate
17
     on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not
18
     been completed prior to that date. In the event a request to reinstate the case is not filed and served on
19
     opposing counsel on or before the foregoing date, the dismissal will be with prejudice.
20
     IT IS SO ORDERED.
21
     Dated: February 11, 2013
22                                               _____
23                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge
24
25
26
27
28